UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-00856-FL

| | |
|---|---|
| AGCAROLINA FARM CREDIT, ACA, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) |
| DEREK & MATTHEW BISSETTE FARMS, BRANTLEY FARMS, INC., ERW FARMS, LLC, NICHOLS & NICHOLS FARMS, INC., ROCK RIDGE FARMS PARTNERSHIP, AND BETTY LANE WINSLOW | ) ) ) ) ) ) |
|     Defendants. | ) ) |

**ORDER GRANTING MOTION TO DISBURSE FUNDS**

Upon the Motion of Plaintiff, AgCarolina Farm Credit, ACA ("Plaintiff"), it is hereby ORDERED that the Court shall grant Plaintiff's Motion to Disburse Funds. It is hereby ordered that the Clerk of Court disburse the principal amount of $755,029.46, plus interest accrued, minus the registry fee, to AgCarolina Farm Credit, ACA at Attn: David W. Corum, 4000 Poole Road, Raleigh, NC 27610.

SO ORDERED.

This the 7th day of October, 2015.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE